# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL KENT, Individually and On Behalf of All Others Similarly Situated, ) ) ) | |
| Plaintiff, ) | Case No. 1:19-cv-03961-PAE |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| MELLANOX TECHNOLOGIES, LTD., IRWIN FEDERMAN, JON A. OLSON, GLENDA DORCHAK, AMAL M. JOHNSON, JACK R. LAZAR, UMESH PADVAL, DAVID PERLMUTTER, STEVE SANGHI, EYAL WALDMAN, AND GREGORY L .WATERS, ) ) ) ) ) ) ) ) | CLASS ACTION |
| Defendants. ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Michael Kent ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified.

Dated: June 25, 2019

**OF COUNSEL:**

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Email: rm@maniskas.com

**RIGRODSKY & LONG, P.A.**

By: */s/ Timothy J. MacFall*
Timothy J. MacFall
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: tjm@rl-legal.com

Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5310
Email: bdl@rl-legal.com
Email:gms@rl-legal.com

*Attorneys for Plaintiff*